# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAZMIN LILIANA ELIAS OBREGON,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, et al.,<br><br>Respondents. | Case No. 17-cv-01463-WHO<br><br>**ORDER REQUESTING RESPONSE AND SETTING HEARING ON PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 9 |

On March 23, 2017, petitioner Yazmin Liliana Elias Obregon filed a Motion for a Temporary Restraining Order to enjoin her continued detention by the Department of Homeland Security and to secure her release from custody in advance of her merits hearing before the San Francisco Immigration Court on April 12, 2017. Dkt. No. 9. I will hear oral argument on the motion on **Monday, March 27, 2017 at 2:00 p.m.** at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 2. Respondents shall file any response to the motion no later than **March 27, 2017 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: March 24, 2017



William H. Orrick
United States District Judge