1  BRIAN J. STRETCH (CSBN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
6      FAX: (415) 436-6748
       neill.tseng@usdoj.gov
7
   Attorneys for Federal Respondents
8  JEFFERSON B. SESSIONS, III; JOHN F. KELLY; and
   DAVID W. JENNINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YAZMIN L. ELIAS OBREGON, | CASE NO. C 17-01463 WHO |
| Petitioner, | |
| v. | **STIPULATION RE BRIEFING AND HEARING SCHEDULE FOR TRO MOTION; ORDER** |
| JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States, et al., | |
| Respondents. | |

Subject to the approval of the Court, Petitioner and Federal Respondents, by and through their undersigned counsel, hereby stipulate as follows:

The hearing on Petitioner's Motion for Temporary Restraining Order will be continued from March 27, 2017, at 2:00 p.m. to **April 3, 2017, at 2:00 p.m**. at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 2.

The deadline to file any response to the TRO motion will be continued from March 27, 2017, at 9:00 a.m. to **March 30, 2017, at 11:59 p.m.** Federal Respondents' opposition to the TRO motion will be consolidated in a single brief with their return to Petitioner's First Amended Petition for Writ of

Habeas Corpus.  Petitioner may file a reply brief by **April 3, 2017, at 9:00 a.m.**  The TRO hearing on April 3, 2017, at 2:00 p.m. will also serve as the hearing on Petitioner's First Amended Petition for Writ of Habeas Corpus.

                Respectfully submitted,

DATED: March 24, 2017

*/s/ Etan Newman*
ETAN NEWMAN, Esq.
Attorney for Petitioner


BRIAN J. STRETCH
United States Attorney


DATED: March 24, 2017

*/s/ Neill T. Tseng*
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Respondents

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  March 27, 2018

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE