UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAZMIN LILIANA ELIAS OBREGON,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, et al.,<br><br>Respondents. | Case No. 17-cv-01463-WHO<br><br>**INTERIM ORDER**<br><br>Re: Dkt. No. 9 |

It is unlikely that I will issue an order until next week on petitioner's motion for a temporary restraining order. That timing should not interfere with respondents' planning for petitioner's next *Rodriguez* bond hearing. In the event that I do not grant petitioner's motion for a temporary restraining order I will certainly order that the bond hearing be **completed** as soon as is practicable, and no later than May 15, 2017.

I am interested in whether there is any guidance issued to or used by immigration judges to assess the dangerousness factors identified in *Matter of Guerra*, 24 I.&N. Dec. 37, 40 (B.I.A. 2006) other than the authorities cited by the parties in the briefing or otherwise contained in the record of this case. If there is, the government should file it no later than noon on Friday, April 7, 2017.

**IT IS SO ORDERED.**

Dated: April 5, 2017

William H. Orrick
United States District Judge