1  BRIAN J. STRETCH (CSBN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
6      FAX: (415) 436-6748
       neill.tseng@usdoj.gov
7
   Attorneys for Federal Respondents
8  JEFFERSON B. SESSIONS, III; JOHN F. KELLY; and
   DAVID W. JENNINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YAZMIN L. ELIAS OBREGON, | CASE NO. C 17-01463 WHO |
| Petitioner, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |
| JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States, et al., | |
| Respondents. | |

Pursuant to Fed. R. Civ. P. 41(a), Petitioner and Federal Respondents, by and through their undersigned counsel, hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: August 16, 2017

*/s/ Etan Newman*
ETAN NEWMAN, Esq.
Attorney for Petitioner

BRIAN J. STRETCH
United States Attorney

DATED: August 16, 2017

*/s/ Neill T. Tseng*
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Respondents

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: August 17, 2017

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

### **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Neill T. Tseng, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Neill T. Tseng*
NEILL T. TSENG